IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-147

| | |
|---|---|
| MAACO FRANCHISOR SPV, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| GREGG A. SADWICK and GREBA CORPORATION, | ) **ORDER** |
| Defendants. | ) |

This matter is before the Court upon its own motion. A discovery conference was held in this matter on February 25, 2021. Pursuant to discussions at such conference,

IT IS THEREFORE ORDERED that:
1) No attorney's fees will be awarded to either party;
2) Maaco's discovery responses are deemed adequate;
3) Plaintiff is not entitled to system-wide discovery on Project Restore with regard to other franchises.

Signed: February 25, 2021

Graham C. Mullen
United States District Judge