IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-147

| MAACO FRANCHISOR SPV, LLC, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) |
| GREGG A. SADWICK and GREBA CORPORATION, | ) |
| Defendants. | ) |

**ORDER**

THIS MATTER is before the Court on its own motion. The Court believes that a judicial settlement conference may be beneficial in this case. Therefore, the Court directs the parties to participate in a judicial settlement conference with Magistrate Judge David C. Keesler and directs the parties to contact Judge Keelser's chambers at (704) 350-7430 within 10 (ten) days of the date of this Order regarding scheduling.

SO ORDERED.

Signed: February 26, 2021

Graham C. Mullen
United States District Judge