IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00147-GCM

| | |
|---|---|
| MAACO FRANCHISOR SPV, LLC, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| GREGG A. SADWICK and GREBA CORPORATION, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 49) of the Honorable Graham C. Mullen, the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference.

**IT IS THEREFORE ORDERED** that a virtual Judicial Settlement Conference shall convene on Tuesday, June 8, 2021, at 9:30 a.m. Details regarding the Microsoft Teams platform and link to be used for the conference will be communicated with the parties at a later date following this Order.

**SO ORDERED**.

Signed: March 12, 2021

David C. Keesler
United States Magistrate Judge